USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/27/2020___

**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| **THE BRANDR GROUP,** | |
|         **Plaintiff,** | 1:19−cv−000974 (ALC) |
| −against− | |
| **THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, JANE & JOHN DOE, AND ABC CORP.,** | <u>**ORDER**</u> |
|         **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

  Pursuant to the Court's Opinion and Order dated March 26, 2020, Plaintiff was granted leave to amend its Complaint. Plaintiff shall file an amended complaint on or before **May 8, 2020.**

**SO ORDERED.**
**Dated:  March 27, 2020**
      **New York, New York**

                 _____
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**