```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**THE BRANDR GROUP,**                                        :
                                                             :
                     **Plaintiff,**                  :
                                                             :
              -against-                      :  **19-cv-974**
                                                             :
**THE PORT AUTHORITY OF NEW YORK**                           :  **ORDER**
**AND NEW JERSEY, et al.,**                                  :
                                                             :
                     **Defendants.**                  :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's letter informing the Court that it does not intend to file an amended complaint or pursue its claims in this matter. (ECF No. 25). If Plaintiff would like to voluntarily dismiss this action, it should submit a dismissal in compliance with Fed. R. Civ. P. 41.

**SO ORDERED.**

**Dated**:   July 17, 2020
           New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**